Elior D. Shiloh, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Tel: (212) 232-1362
Elior.Shiloh@lewisbrisbois.com
*Attorneys for Defendant, The Geo Group, Inc.*

**SO ORDERED**

*s/James B. Clark*

**James B. Clark, U.S.M.J.**

**Date:** 4/7/2021

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRANCE BROOKS,<br><br>Plaintiff,<br><br>-against-<br><br>THE GEO GROUP, INC.<br><br>Defendant. | Case No..: 2:21-cv-00230<br><br>**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND** |

It is hereby stipulated and agreed by counsel for Plaintiff Terrance Brooks and counsel for defendant The Geo Group, Inc. to extend the time for Defendant to answer, move or otherwise respond to the Complaint. The time to respond is extended from March 22, 2021 to April 14, 2021.

**PHILLIPS & ASSOCIATES, ATTORNEYS AT LAW, PLLC**
Attorneys for Plaintiff Terrance Brooks

By:   /s/ Silvia C. Stanciu
     Silvia C. Stanciu, Esq.

Dated: April 6, 2021

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Attorneys for Defendant The Geo Group, Inc.

By:   /s/ Elior D. Shiloh
     Elior D. Shiloh, Esq.

Dated: April 6, 2021

4829-6108-1571.1