**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

June 22, 2021

**LETTER ORDER**

Re:    **Brooks v. The Gro Group, Inc.**
       **Civil Action No. 21-230 (KM)**

Dear Counsel:

As discussed during the conference held in this matter earlier today, the Court will conduct a settlement conference with the parties on **August 30, 2021 at 2:00 PM**. All counsel and clients with full settlement authority shall participate in the conference. By no later than **August 26, 2021**, the parties are to submit separate confidential *ex parte* settlement position papers not to exceed **five (5) pages**.   Such letters are not to be filed, but are to be sent directly to Chambers via email **(JBC_orders@njd.uscourts.gov)**. Formal discovery is stayed pending the conference, but the parties are encouraged to cooperate in the informal exchange of documents and other items which may assist the settlement process.

       **IT IS SO ORDERED.**

                                                  s/ James B. Clark, III
                                          **JAMES B. CLARK, III**
                                          **United States Magistrate Judge**