# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

TERRANCE BROOKS,

Plaintiff,

-against-

The GEO Group.

Defendant.

Civil Action No. 2:21-cv-00230-KM-JBC

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Terrance Brooks and defendant The GEO Group, Inc., comprising all of the parties to the above-captioned matter, hereby stipulate that this action is hereby dismissed with prejudice, with each party to bear its own fees and costs.

**PHILLIPS & ASSOCIATES**
*Attorneys for Plaintiff,*
*Terrance Brooks*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Attorneys for Defendant,*
*The GEO Group*

By: /s/ Silvia C. Stanciu, Esq.
Silvia C. Stanciu, Esq.
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431
SStanciu@tpglaws.com

By:    /s/ Elior D. Shiloh
Elior D. Shiloh, Esq.
One Riverfront Plaza, Suite 800
Newark, NJ 07102
(973) 577-6260
Elior.Shiloh@lewisbrisbois.com

Dated:     November 5, 2021

Dated: November 5, 2021

## SO ORDERED:

Honorable Julien Xavier Neals
United States District Judge
Dated: 11/9/2021

4881-5921-2290.1